Warren Lipschitz*
wlipschitz@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Eliza Beeney*
ebeeney@mckoolsmith.com
MCKOOL SMITH, P.C.
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001-8603
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

James R. Patterson, SBN 211102
jim@pattersonlawgroup.com
Jennifer M. French, SBN 265422
jenn@pattersonlawgroup.com
PATTERSON LAW GROUP, APC
1350 Columbia Street, Unit 603
San Diego, California 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

*pro hac vice application forthcoming

*Attorneys for Applicant
Nokia Technologies Oy*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In Re Ex Parte* Application of Nokia Technologies Oy,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Incorporated for use in Foreign Proceedings. | CASE NO.:<br><br>**DECLARATION OF WARREN LIPSCHITZ IN SUPPORT OF APPLICATION OF NOKIA TECHNOLOGIES OY FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FROM QUALCOMM INCORPORATED FOR USE IN FOREIGN PROCEEDINGS** |

I, Warren Lipschitz, hereby declare as follows:

1. I am an attorney at the law firm of McKool Smith P.C. ("McKool Smith"), counsel for Applicant Nokia Technologies Oy ("Nokia") in the above captioned action. I make this declaration in support of Nokia's Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings (the "Application"). I have personal knowledge of the facts set forth below and if called as a witness I could, and would, competently testify thereto.

2. Nokia owns (1) WO 2005/107064 (the "'064 Patent") and its Chinese counterpart ZL200580013518.8, and (2) WO 2006/085177 (the "'177 Patent") and its Chinese counterpart ZL200680009521.7.

3. The '064 Patent is titled "FRONT-END TOPOLOGY FOR MULTIBAND MULTIMODE COMMUNICATION ENGINES," and the '177 Patent is titled "VARIABLE BANDWIDTH ENVELOPE MODULATOR FOR USE WITH ENVELOPE ELIMINATION AND RESTORATION TRANSMITTER ARCHITECTURE AND METHOD."

4. I am concurrently causing best efforts to be made to provide notice to outside counsel for Qualcomm Incorporated ("Qualcomm") and to the defendants in the relevant foreign proceedings that Nokia is filing the instant Application.

5. Attached hereto as **Exhibit 1** is a true and correct copy of the '064 Patent.

6. Attached hereto as **Exhibit 2** is a true and correct copy of the '177 Patent.

7. Attached hereto as **Exhibit 3** is a true and correct copy of the proposed Rule 45 subpoena to Qualcomm.

8. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Qualcomm's 2020 Form 10-K confirming Qualcomm's principle place of business.

/ / /

/ / /

1       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed this 25th day of October, 2021 at Dallas, Texas.

*Warren Lipschitz*

_____

Warren Lipschitz

2

LIPSCHITZ DECL. IN SUPPORT OF NOKIA'S APPLICATION FOR AN ORDER
GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS