# EXHIBIT 1

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
10 November 2005 (10.11.2005)

PCT

(10) International Publication Number
WO 2005/107064 A1



(51) International Patent Classification⁷: **H03H 7/46**

(21) International Application Number:
PCT/IB2005/000843

(22) International Filing Date: 31 March 2005 (31.03.2005)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
10/836,123    30 April 2004 (30.04.2004)    US

(71) Applicant *(for all designated States except US)*: **NOKIA CORPORATION** [FI/FI]; Keilalahdentie 4, FIN-02150 Espoo (FI).

(71) Applicant *(for LC only)*: **NOKIA INC.** [US/US]; 6000 Connection Drive, Irving, TX 75039 (US).

(72) Inventors; and
(75) Inventors/Applicants *(for US only)*: **ELLÄ, Juha** [FI/FI]; Kääriäisentie 5, FIN-24800 Halikko (FI). **RANTA, Tero** [FI/FI]; Kääriäisentie 5, FIN-24800 Halikko (FI).

(74) Agents: **MAGUIRE, Francis, J.** et al.; Ware, Fressola, Van Der Sluys & Adolphson LLP, 755 Main Street, P.O. Box 224, Monroe, CT 06468 (US).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SM, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LT, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— *with international search report*

*[Continued on next page]*

(54) Title: FRONT-END TOPOLOGY FOR MULTIBAND MULTIMODE COMMUNICATION ENGINES





(57) **Abstract:** The combination of filters and switches is used to solve the non-linearity problems in GSM/W-CDMA transceiver front-end wherein one common antenna is used for both the GSM mode and the W-CDMA mode. In particular, separate Rx/Tx paths and switches in the Rx paths are used to provide cross-band isolation between bands. All of the switches in the transceiver are disposed after the filters in that no switches are disposed between the filters and the antenna. Furthermore, bandpass filters are matched to one common node even if they are only disconnected at the output as long as the impedance at the output can be controlled.

WO 2005/107064 A1

**WO 2005/107064  A1**

*For two-letter codes and other abbreviations, refer to the "Guid-ance Notes on Codes and Abbreviations" appearing at the begin-ning of each regular issue of the PCT Gazette.*

WO 2005/107064                                                                    PCT/IB2005/000843

# FRONT-END TOPOLOGY FOR MULTIBAND MULTIMODE COMMUNICATION ENGINES

## Field of the Invention

5        The present invention relates generally to front-end topology and, more particularly, to front-end arrangement for multiband and/or multimode mobile cellular handset electronics.

## Background of the Invention

10        The term "front-end", as used in this disclosure, means the components and functions between the antennas and the power amplifiers or RF-ASIC (radio frequency application specific integrated circuit), but some front-end modules may also include power amplifiers.  The front-end in multiband, multimode engines, especially those that are designed to meet the requirement of MIMO (multiple-input, multiple-output) and/or

15   diversity functionality, is usually very complex in construction and design.  Because the front-end generally comprises many switches, it consumes a significant amount of electrical current and needs many control lines.  MIMO functionality is required in new and future mobile terminals and, initially, Rx MIMO is prioritized because the downlink data rate is more important than the uplink counterpart in mobile communications.  Essentially, Rx

20   MIMO requires more than one Rx path to be provided on a particular band of operations. The outputs of these paths are then monitored and combined to give an enhanced data rate. The antenna fed to each of these paths is independent from each other.

        Currently, a GSM/W-CDMA multimode engine is designed to have a separate GSM antenna and a separate W-CDMA antenna.  A W-CDMA antenna is connected to a duplexer

25   that has a passband filter for both the Rx and Tx paths of the W-CDMA mode.  The GSM antenna is connected to an antenna switch module that typically first separates the 1GHz frequencies from the 2GHz bands using a diplexer or the like.  The Rx and Tx paths of each frequency range are then separated by switches (usually PIN diodes).  The antenna switch module often also includes harmonic filtering for the power amplifier outputs and may

30   include surface-acoustic wave (SAW) filters to provide filtering for the Rx paths.  A typical block diagram of a typical front-end is shown in Figures 1a and 1b.  As shown in Figure 1a, the GSM module includes four sections: 1GHz GSM Rx section, 1GHz GSM Tx section, 2GHz GSM Rx section and 2GHz GSM Tx section.  The 1GHz GSM Rx section includes an 869-894MHz Rx path **110**, and the 925-960 MHz Rx path **130**.  The 1GHz GSM Tx

35   section, collectively denoted as path **150**, includes two frequency bands of 824-849MHz

1

**CONFIRMATION COPY**

and 880-905MHz. The 869-894MHz Rx path **110** includes a filter **116** connected between ports **112** and a balun **122**. The 925-960MHz Rx path **130** includes a filter **136** connected between ports **132** and a balun **142**. The balun functionality can be incorporated into the filters **116** & **136** depending on the filter technology. The Rx paths **110** and **130** are joined at a common node **910**. These Rx paths are also joined with the port **152** of the 824-849/880-905MHz Tx path **150** at a node **912** via a matching element **80**. Here PIN diodes **42** and **44** are used for Tx-Rx switching. Alternatively, other switch technologies can be also used, e.g. CMOS or GaAs p-HEMTs (Pseudomorphic High Electron Mobility Transistor). However, by using the CMOS and p-HEMT switches, the arrangement of biasing and matching elements will be slightly modified.

The 2GHZ Rx section includes a 1805-1880MHz Rx path **220**, commonly referred to as the 1800GSM mode, and the 1930-1990 MHz Rx path **240**, commonly referred to as the 1900GSM mode. The 2GHz GSM Tx section, collectively denoted as path **260**, includes two frequency bands of 1710-1758MHz and 1850-1910MHz. The 1805-1880MHz Rx path **220** includes a filter **226** connected between ports **222** and a balun **232**. The 1930-1990MHz Rx path **240** includes a filter **246** connected between ports **242** and a balun **252**. The Rx paths **220** and **240** are joined at a common node **914** with matching circuits or devices **84**, **86**. These Rx paths are also joined with the port **262** of the 1710-1758/1850-1910 MHz Tx path **260** at a node **916** via a matching element **82**. Here PIN diodes **46**, **48** are used for Tx-Rx switching. The 1GHz and 2GHZ parts are connected to a common feed point **918** of the GSM antenna **10** through a diplexer **30**, which comprises harmonic filters **32**, **34** for the Tx paths **150** and **260**.

In Figure 1b, the W-CDMA module has two paths: a 2110-2170 MHz Rx path **320** and a 1920-1980 MHz Tx path **340**. The Rx path **320** includes a filter **326** connected between ports **322** and a balun **332**. However, the balun can also be after the filter and external to the duplexer. The 1920-1980 Tx path **340** has a passband filter **346** and a port **342**. The Rx path **320** is joined with the Tx path **340** at a node **920** and a common W-CDMA antenna **20** via a matching element **90**. As shown in Figure 1b, the filters **326** and **346** are usually BAW filters. It should be noted that the duplexer can also be a ceramic duplexer. However, it is not possible to have a balun **332** in the Rx branch of a ceramic duplexer. This implies that, to implement both CDMA1900 and CDMA2000 in a front-end according to the US W-CDMA standard, two duplexers are required in addition to the antenna switch module. Also, it would require using one PA to amplify both the CDMA1900 and GSM1900 bands, which is currently impossible.

2

The drawbacks of the prior art architecture, where one antenna is used for the GSM mode and another is used for the W-CDMA mode, are the inflexibility of the architecture, and more importantly, the difficulty in implementing more than one CDMA (or W-CDMA) in one mobile phone.  In order to overcome these drawbacks, it is possible to allow the GSM mode and the W-CDMA mode to share a common antenna and to use switches to select between the modes.  However, because of the non-linear behavior of the switches, the Rx is desensitized by mixing products arising from the Tx mixed with a blocking signal from the antenna, as shown in Figures 2a and 2b.

It is advantageous and desirable to provide a front-end architecture combining the GSM and W-CDMA modes without the product mixing problems.

Summary of the Invention

The present invention uses the combination of filters and switches to solve the non-linearity problems in the GSM/W-CDMA transceiver front-end where one common antenna is used for both the GSM mode and the W-CDMA mode.  The present invention makes use of separate Rx/Tx paths and switches in the RX paths to provide sufficient cross-band isolation between bands.  An example of cross-band isolation is shown in Figure 3a.

The present invention is applicable in cellular multimode/multiband phones for US and European standards.  It is also applicable to MIMO (multiple input multiple output) transceivers or diversity receivers that may require duplicate Rx-paths for several bands (e.g., 1800/1900GSM and W-CDMA).

Thus, the first aspect of the present invention provides a method for selecting a frequency band in a multiband communications device, the communications device having one or more antennas for conveying radio frequencies, and a front-end module having one or more nodes operatively connected to said one or more antennas, the front end module comprising:

a first bandpass filter disposed in a first signal path for filtering signals in a first frequency band, the first bandpass filter having a first end and a second end, the first end operatively connected to said one or more antennas; and

a second bandpass filter disposed in a second signal path for filtering signals in a second frequency band different from the first frequency band; the second bandpass filter operatively connected to said one or more antennas.  The method comprises:

disposing a switch at the second end of the first bandpass filter independent of the second signal path for enabling or disabling the first signal path.

3

According to the present invention, the first signal path comprises a transmit path and the second signal path comprises a receive path, said method further comprising:

disposing a matching element between the first end of the first bandpass filter and said one or more antenna.

According to the present invention, the first signal path comprises a first receive path and the second signal path comprises a second receive path, and wherein the second bandpass filter has a first end and a second end, the first end of the second bandpass filter operatively connected to said one or more antennas, said method further comprising:

disposing a further switch at the second end of the second bandpass filter for enabling or disabling the second signal path.

According to the present invention, the method further comprises:

operatively connecting a balun to said one or more antennas, so as to allow both the first end of the first bandpass filter and the first end of the second bandpass filter to operatively connect to said one or more antennas via the balun.

The second aspect of the present invention provides a transceiver for use in a communication device having one or more antennas for conveying radio frequency signals. The transceiver comprises:

a first bandpass filter disposed in a first signal path for filtering signals in a first frequency band, the first bandpass filter having a first end and a second end, the first end operatively connected to said one or more antennas;

a second bandpass filter disposed in a second signal path for filtering signals in a second frequency band different from the first frequency band; the second bandpass filter operatively connected to said one or more antennas; and

a switch disposed at the second end of the first bandpass filter independent of the second signal path for enabling or disabling the first signal path.

According to the present invention, the transceiver further comprises:

a matching element disposed between the first end of the first bandpass filter and said one or more antenna.

According to the present invention, the first signal path comprises a transmit path and the second signal path comprises a receive path.

According to the present invention, the first signal path comprises a first receive path and the second signal path comprises a second receive path, and wherein the second

bandpass filter has a first end and a second end, the first end of the second bandpass filter operatively connected to said one or more antennas, said transceiver further comprising:

a further switch disposed at the second end of the second bandpass filter for enabling or disabling the second signal path.

5      According to the present invention, the transceiver further comprises:

a balun operatively connected to said one or more antennas, and both the first end of the first bandpass filter and the first end of the second bandpass filter are operatively connected to said one or more antennas via the balun.

The balun has a first balun end and a second balun end, the first balun end connected 10    to said one or more antennas, the second balun end connected to the first end of the first filter and wherein the second balun end is also connected to the first end of the second filter, the transceiver further comprising:

a second switch disposed in the second receive path and operatively connected to the second end of the second filter.

15      The first frequency band has a frequency range substantially between 1805MHz and 1880MHz, and

the second frequency band has a frequency range substantially between 1930MHz and 1990MHz.

Alternatively, the first frequency band has a frequency range substantially between 20    869MHz and 894MHz, and

the second frequency band has a frequency range substantially between 925MHz and 960MHz.

According to the present invention, the transceiver further comprises:

a matching element operatively connected to said one or more antennas;

25      a third bandpass filter disposed in a transmit path for filtering signals in a third frequency band, the third bandpass filter having a first end and a second end, the first end operatively connected to the matching element; and

a third switch disposed in the transmit path and operatively connected to the second end of the third bandpass filter.

30      The third frequency band has a frequency range substantially between 824MHz and 849MHz.

Alternatively, the third frequency band has a frequency range substantially between 880MHz and 905MHz.

According to the present invention, the transceiver further comprises:

a matching element operatively connected to said one or more antennas;

a third bandpass filter disposed in a transmit path for filtering signals in a third frequency band, the third bandpass filter having a first end and a second end, the first end operatively connected to the matching element; and

5  a third switch disposed in the transmit path and operatively connected to the second end of the third bandpass filter.

The third frequency band has a frequency range substantially between 1710MHz and 1785MHz.

Alternatively, the third frequency band has a frequency range substantially between

10  1850MHz and 1910MHz.

According to the present invention, the transceiver further comprises:

a further matching element operatively connected to said one or more antennas;

a fourth bandpass filter disposed in a further transmit path for filtering signals in a fourth frequency band, the fourth bandpass filter having a first end and a second end, the

15  first end operatively connected to the further matching element; and

a fourth switch disposed in the further transmit path and operatively connected to the second end of the fourth bandpass filter.

The third frequency band has a third frequency range substantially between 1710MHz and 1785MHz, and the fourth frequency range substantially between 1850-

20  1910MHz.

Alternatively, the third frequency band has a third frequency range substantially between 1920MHz and 1980MHz, and the fourth frequency range substantially between 1710-1910MHz.

According to the present invention, the transceiver further comprises:

25  a further balun; and

a fifth bandpass filter disposed in another receive path for filtering signals in a fifth frequency band, the fifth bandpass filter operatively connected to said one or more antennas via the further balun, wherein the fifth frequency band has a frequency range substantially between 2110MHz and 2170MHz.

30  According to the present invention, the transceiver further comprises:

a further balun; and

a fifth bandpass filter disposed in another receive path for filtering signals in a fifth frequency band, the fifth bandpass filter operatively connected to said one or more antennas

via the further balun, wherein the fifth frequency band has a frequency range substantially between 2110MHz and 2170MHz..

According to the present invention, the transceiver is operated in a first mode in code-division multiplex access fashion and a second mode in GSM, and the transceiver further comprises:

a first amplifier for amplifying signals in the first mode;

a second amplifier for amplifying signals in the second mode; and

a group of further switches including a first, a second, a third and a fourth further switches, each having a first end and a second end, wherein

the first end of the first further switch is operatively connected to the transmit path, and the second end of the first further switch is operatively connected to the first amplifier;

the first end of the second further switch is operatively connected to the transmit path, and the second end of the second further switch is operatively connected to the second amplifier;

the first end of the third further switch is operatively connected to the further transmit path, and the second end of the third further switch is operatively connected to the first amplifier; and

the first end of the first further switch is operatively connected to the further transmit path, and the second end of the fourth further switch is operatively connected to the second amplifier.

According to the present invention, the transceiver further comprises:

a matching element disposed between said one or more antennas and the balun, the matching element having a first matching element end connected to said one or more antenna and a second matching element end connected to the balun; and

a further balun disposed between the matching element and the second bandpass filter, the further balun having a first balun end connected to the second matching element end and a second balun end connected to the second bandpass filter.

The first frequency band has a first frequency range substantially between 1930MHz and 1990MHz, and the second frequency band has a second frequency range substantially between 2110MHz and 2170MHz.

According to the present invention, the transceiver further comprises:

a second matching element;

a third bandpass filter disposed in a transmit path for filtering signals in the third frequency band, the third bandpass filter having a first end and a second end, the first end operatively connected to said one or more antennas through the second matching element; and

5      a second switch connected to the second end of the third bandpass filter.

According to the present invention, the transceiver further comprises:

a third matching element;

a fourth bandpass filter disposed in a further transmit path for filtering signals in the fourth frequency band, the fourth bandpass filter having a first end and a second end, the

10     first end operatively connected to said one or more antennas through the third matching element; and

a second switch connected to the second end of the fourth bandpass filter.

The first frequency band has a first frequency range substantially between 1930MHz and 1990MHz;

15     the second frequency band has a second frequency range substantially between 2110MHz and 2170MHz;

the third frequency band has a third frequency range substantially between 1710MHz and 1785MHz; and

the fourth frequency band has a fourth frequency range substantially between

20     1850MHz and 1910MHz.


The third aspect of the present invention provides a communications device comprising:

one or more antennas for conveying radio frequency signals; and

25     a transceiver, wherein the transceiver comprises:

a first bandpass filter disposed in a first signal path for filtering signals in a first frequency band, the first bandpass filter having a first end and a second end, the first end operatively connected to said one or more antennas;

a second bandpass filter disposed in a second signal path for filtering signals

30     in a second frequency band different from the first frequency band; the second bandpass filter operatively connected to said one or more antennas; and

a switch disposed at the second end of the first bandpass filter independent of the second signal path for enabling or disabling the first signal path.

According to the present invention, the transceiver further comprises:

8

a matching element disposed between the first end of the first bandpass filter and said one or more antenna.

The first signal path comprises a transmit path and the second signal path comprises a receive path.

Alternatively, the first signal path comprises a first receive path and the second signal path comprises a second receive path, and wherein the second bandpass filter has a first end and a second end, the first end of the second bandpass filter operatively connected to said one or more antennas, said transceiver further comprising:

a further switch disposed at the second end of the second bandpass filter for enabling or disabling the second signal path.

According to the present invention, the transceiver further comprises a balun operatively connected to said one or more antennas, and both the first end of the first bandpass filter and the first end of the second bandpass filter are operatively connected to said one or more antennas via the balun.

According to the present invention, the balun has a first balun end and a second balun end, the first balun end connected to said one or more antennas, the second balun end connected to the first end of the first filter and wherein the second balun end is also connected to the first end of the second filter, wherein the transceiver further comprises:

a second switch disposed in the second receive path and operatively connected to the second end of the second filter.

According to the present invention, the communications device can be a mobile terminal, a communicator device or the like.

The present invention will become apparent upon reading the description taken in conjunction with Figures 3a to 9.

Brief Description of the Drawings

Figure 1a is a circuit diagram illustrating the GSM part of a prior art front-end module.

Figure 1b is a circuit diagram illustrating the W-CDMA part of the same prior art front-end module of Figure 1a.

Figure 2a is a circuit diagram illustrating product mixing in a front-end having one antenna connected to both transmission paths and reception paths.

WO 2005/107064                                                    PCT/IB2005/000843

Figure 2b is a circuit diagram illustrating product mixing in a front-end having one antenna for transmission and one antenna for reception.

Figure 3a is a schematic representation showing the Tx-Rx antenna isolation in GSM/W-CDMA front-end, according to the present invention.

5 Figure 3b is a frequency chart showing the overlapping in GSM and W-CDMA frequencies.

Figure 4 is a circuit diagram illustrating a European GSM/W-CDMA front-end, according to the present invention.

Figure 5 is a circuit diagram illustrating a US GSM/W-CDMA front-end, according 10 to the present invention.

Figure 6 is a circuit diagram illustrating a switched duplexer, according to the present invention.

Figure 7 is a circuit diagram illustrating a front-end module having multiband GSM antenna switch modules and a W-CDMA duplexer, according to the present invention.

15 Figure 8 is a plot showing the responses of the GSM Tx and W-CDMA Tx branches when the shunt switch at the GSM filter output is biased "on".

Figure 9 is a plot showing the responses of the GSM Tx and W-CDMA Tx branches when the shunt switch at the W-CDMA filter output is biased "on".

Figure 10 is a schematic representation illustrating a communication device having a 20 transceiver front-end, according to the present invention.

Detailed Description of the Invention

The present invention makes use of separate Rx/Tx paths and switches in the RX paths to provide sufficient cross-band isolation between bands. An example of cross-band 25 isolation is shown in Figure 3a. As shown in Figure 3a, the upper band Tx chain connected to the antenna **10** includes 1800GSM Tx_3 (1710-1785MHz): 1900GSM Tx_4 (1850-1910MHz) and W-CDMA (EU) Tx_7 (1920-1980MHz), and the upper band Rx chain connected to the antenna **20** includes 1800GSM Rx_3 (1805-1880MHz), 1900GSM Rx_4 (1930-1990MHz) and W-CDMA (EU) Rx_7 (2110-2170MHz). Thus, the frequency 30 overlap in these chains is: Tx_4 - Rx_3 (30MHz, from 1850 to 1880MHz), and Tx_7 - Rx_4 (50MHz, from 1930 to 1980MHz). The cross band problems are also illustrated in Figure 3b. If the maximum output power at the antenna in Tx mode is 30 to 33dBm (depending on system standard) and a typical isolation that can be achieved between two separate antennas is between 10 to 20dBm, for example, then the power level at the Rx antenna is from 13 to

23dBm.  In such a case, the antennas do provide some free Tx to Rx isolation, but for the cross-band this is not sufficient, since a typically acceptable maximum power level at the RF-ASIC input (Rx path) is around 0dBm during Tx time slot (i.e. LNAs in ASIC are off). Therefore, some means of providing additional attenuation in these cross band cases is
5    needed.

The present invention provides a topology to improve the upper band (2GHz) Rx and Tx performance and to improve the "universality" of the front-end, using the fact that many of the U.S. and European standards share the same frequencies.  The topology is illustrated in two embodiments as shown in Figure 4 and Figure 5.  Figure 4 illustrates an
10    embodiment of a European front-end, according to the present invention.  Figure 5 illustrates an embodiment of a U.S. front-end, according to the present invention. For illustration purposes, the European front-end is shown in three separate blocks in Figures 4a to 4c.  Likewise, the US front-end is shown in three separate blocks in Figures 5a to 5c. While the separate blocks in each embodiment can be implemented as one module or parts
15    of some larger modules, separate blocks provide the benefit of flexibility.  For example, the 2GHz Tx and the 1GHz part can be physically part of a PA (power amplifier), and the 2GHz Rx parts can be implemented on an RF-backend IC.

The European front-end is an example of a universal front-end in an engine with four GSM bands and the EU W-CDMA: The four GSM bands are:
20        1)  GSM900 (Tx 880-905MHz and Rx 925-960MHz);
         2)  GSM850 (Tx 824-849MHz and Rx 869-894);
         3)  GSM 1800 (Tx 1710-1785MHz and Rx 1805-1880MHz) and
         4)  GSM1900 (Tx 1850-1910MHz and Rx 1930-1990MHz).
The EU W-CDMA occupies the frequencies of (Tx 1920-1980MHz and Rx 2110-
25    2170MHz).

To provide flexibility to the topology, the European front-end is illustrated as separated into three blocks 802, 803 and 804, separately depicted in Figures 4a, 4b and 4c. The block 802, as shown in Figure 4a, comprises the 2GHz GSM Rx paths 220 and 240 and a W-CDMA Rx path 320.  All these paths are connected to a common node 922 and a
30    common antenna 12.  The paths 220 and 240 share a common balun 272 through separate filters 226 and 246, respectively. The path 220 has a shunt switch 225 connected between the ports 222 and the filter 226.  The path 240 has a shunt switch 245 connected between the ports 242 and the filter 246.  It should be noted that the filters 226 and 246 are disposed between the respective switches 225, 245 and the antenna 12.  The switches 225 and 245 are

11

used to enable or disable the 2GHz GSM paths. The path **320** has a balun **332** and a filter **326** disposed between the ports **322** and the common node **922**. All the filters **226**, **246** and **326** are balanced filters.

The block **803**, as shown in Figure 4b, comprises the 1GHz GSM Rx paths **110** and **130** and a 1GHz Tx path **150**. All these paths are connected to a common node **923** and a common antenna **13**. The paths **110** and **130** share a common balun **128** through separate filters **116** and **136**, respectively. The path **110** has a shunt switch **115** connected between the ports **112** and the filter **116**. The path **130** has a shunt switch **135** connected between the ports **132** and the filter **136**. It should be noted that the filters **116** and **136** are disposed between the respective switches **115**, **135** and the antenna **13**. The switches **115** and **135** are used to enable or disable the 1GHz GSM paths. The path **150** has a delay **158** and a filter **156** disposed between the ports **152** and the common node **923**. Thee filters **116** and **136** are balanced filters, whereas the filter **156** is a single-end filter.

The block **804**, as shown in Figure 4c, comprises a 2GHz GSM Tx path **260** and a W-CDMA Tx path **340**. These two paths are connected to a common node **924** and a common antenna **14**. The path **340** has a single-end filter **346** and a delay **348** between the single port **342** and the common node **924**. The path **260** has a single-end filter **266** and a delay **268** between the single port **262** and common node **924**. For path selection, the path **330** has a switch **345** disposed between the port **342** and the filter **346**, and the path **260** has a switch **265** disposed between the port **262** and the filter **266**.

The delays **158**, **348** and **268** are used for Tx filter matching.

To provide flexibility to the topology, the U.S. front-end is also illustrated as separated into three blocks **812**, **813** and **814**, separately depicted in Figures 5a, 5b and 5c. The block **812**, as shown in Figure 5a, comprises the 2GHz GSM Rx paths **220** and **240'** and a W-CDMA Rx path **320**. The path **240'** is also used as the Rx path for 1900CDMA, which is also known as U.S. W-CDMA (US1) (1930 – 1990MHz). All these paths are connected to a common node **922** and a common antenna **12**. The paths **220** and **240'** share a common balun **272** through separate filters **226** and **246**, respectively. The path **220** has a shunt switch **225** connected between the ports **222** and the filter **226**. The path **240'** has a shunt switch **245** connected between the ports **242'** and the filter **246**. It should be noted that the filters **226** and **246** are disposed between the respective switches **225**, **245** and the antenna **12**. The switches **225** and **245** are used to enable or disable the 2GHz GSM or 1900CDMA paths. The path **320** has a balun **332** and a filter **326** disposed between the ports

12

322 and the common node **922**. The block **812** is essentially identical to the block **802** in the European counter.

The block **813**, as shown in Figure 5b, is identical to the block **803**, as shown in Figure 4b.

5      The block **814**, as shown in Figure 5c, comprises two Tx paths **510** and **520**. However, path **340** and path **260** in block **804** of the European front-end, are used for Tx signals in different frequency ranges. The two Tx paths **510** and **520** are used for the same frequency ranges but for different modes. The path **510** has a PA **522** for the CDMA/W-CDMA mode (US2 Tx: 1710-1785MHz; and US1 Tx: 1850-1910MHz). The path **520** has

10    a PA **524** for the 2GHz Tx. For selecting between (1710-1785MHz) and (1850-1910MHz), each of the paths **510** and **520** has two switches (**531**, **532**) and (**533**, **534**). After this switching stage, the 1800 (1710-1785MHz) branch is connected to a common node **924** through a passband filter **552** and a delay **562**. The 1900 (1850-1910MHz) branch is connected to the common node **924** through a passband filter **554** and a delay **564**. For

15    branch selection, the 1800 branch has a switch **542** and the 1900 branch has a switch **544**. It should be noted that all the switches are disposed further from the antenna **14** than the filters **552**, **554**. No switches are disposed between the filters **552**, **554** and the antenna **14**.

The present invention also makes use of three facts:

1) Two filters close in frequency can be matched to a common node virtually

20    without degradation in performance, even if the separating switch is only located at the output end of the filters (i.e. the filters remain connected to the common node at all times). This is possible when the phase shift through the filter from the common node to the shunt switch is a multiple of 90 degrees (e.g. 90 or 270) or even a multiple of 180 degrees in case of series switch. In practice the path in the "off" state looks like an open circuit from the

25    common node. This is especially important in the case where the pass bands of the selective (WCDMA or CDMA) Tx filter overlap that of the less selective GSM Tx filter. If both of the Tx filters that are to be switched are highly selective and do not overlap, then the phase shift is more just a matching network and does not necessarily need to be exactly 90 degrees. The fact is demonstrated by the switches **225** and **245** in Figure 4a, wherein the

30    switches are implemented on the output sides of the filters **226** and **246**, respectively. This fact is further demonstrated in Figure 4b where the switches **115**, **135** and **155** are located on the far side of the filters **116**, **136** and **156**, respectively, in reference to the antenna **13**.

2) By utilizing band pass filters in the Tx part of any CDMA or W-CDMA transmit path where the switch (either in series or shunt) is disposed between the PA and the filter,

13

the blocking signals entering from the antenna will not be able to propagate to the switch because of the selective filter. Therefore, no mixing products will be generated. The switch only needs to be linear enough not to generate too much power on the adjacent channels. This fact is demonstrated in Figure 5c, where the switches **531**, **533**, **542** and **544** are

5 disposed between the CDMA/W-CDMA PA 552 and the filters **552** and **554** the transmitted paths **510** and **520**.

3) As several of the US and EU bands share either the same Tx or Rx, by proper switching, the number of needed filters will be smaller than the number of standards that can be supported. For example, the Rx path **552** in Figure 5c can be used for both the 2GHz

10 GSM and US2 Tx, US1 Tx.

By combining these facts, a very portable and universal front-end can be designed, although the basic principle can be utilized also to create, for example, a duplexer that supports two Tx and two Rx frequencies and includes a switch at least in the Tx paths.

By comparing the EU front-end as shown in Figure 4 and the U.S. front-end as

15 shown in Figure 5, it can be seen that the difference between the two front-ends is mainly in the 2GHz Tx part (Figures 4c and Figure 5c). Thus, in order to make a similar engine for the U.S. market, only a small modification to the EU front-end in the 2GHz Tx part is required. With this modification, one has an option of also including the new US WCDMA bands (Tx 1710-1785MHz and Rx Rx 2110-2170MHz). Furthermore, the Rx filter **246**

20 (Figures 4a and 5a) at 1930-1990MHz can be used for both the GSM1900 Rx and the CDMA1900 Rx, if properly designed. Similarly, the Tx filter **552** (Figure 5c) for GSM 1800 can also be used for the US WCDMA (US2) and the Tx filter **554** in the 1900 branch can be used for both the GSM1900 Tx and CDMA1900 Tx (US1) through different PAs **552**, **554**. As a result, only three Rx filters (**226**, **246**, **326** in Figures 4a and 5a) and only

25 two Tx filters (**552**, **554** in Figure 5c) are needed for the four standards (GSM1800&1900 and CDMA / WCDMA) supported at 2GHz.

The present invention as disclosed herein is described in terms of European GSM and W-CDMA standards, but the concepts are also applicable for more US-emphasized band combinations. The disclosure is also based on the assumption that that the Rx bands

30 should have differential outputs, and the Tx bands should be single ended, but the concepts are also valid for either single-ended Rx or even differential Tx. Furthermore, the switches referred to in this disclosure can be of any type, i.e. PIN diodes, GaAs P-HMETs, CMOS or even MEMS. Similarly, the selective filters can be SAW filters (either single to balanced or fully balanced), or they can be BAWs (again either fully balanced or filters that incorporate

14

an acoustic balun), the baluns can be integrated or discrete magnetic baluns, transmission line based baluns or even L/C baluns. Thus, the embodiments described herein are relevant to a general topology of the present invention. The disclosed embodiments should not be construed as being achievable only by a certain technology.

The various aspects of the present invention are illustrated in Figures 4 and 5. Figure 4 represents a possible novel front-end design according the present invention, which includes the four GSM bands and the European WCDMA. The design assumes separate Tx and Rx antennas **12, 14** for the 2GHz bands and one common Tx/Rx antenna **13** for the 1GHz. This is, however, not a prerequisite for the invention. At 2GHz, the separate Tx and Rx antennas **12, 14** are used to relax some of the Tx to Rx isolation requirements and such implementation is preferable from a filter design point of view. At 1GHz, there is only one common antenna **13**. The antenna **13** is physically the largest among the three antennas. In a modern cellular phone, it is impractical to have two separate antennas for 1GHz.

It should be noted that, as shown in Figures 4a to 5c, all of the switches are implemented such that the filters are located between the switches and the antennas. Such implementation is one of the important features in the front-end design, according to the present invention.

It should also be noted that band pass filters can be matched to one common node even if they are only disconnected at the outputs, as long as the impedance at the output can be controlled (i.e. it is 50Ohms, short or open). In the case of the EU front-end as shown in Figure 4, the 2GHz GSM filter **266** can basically be only a harmonic notch filter without very much selectivity close to the actual Tx bands, whereas the WCDMA Tx filter **346** needs to be very selective in order to provide high attenuation at the WCDMA Rx band (path **320**). If these filters were only passively matched to the common node **924**, the WCDMA Tx in path **340** would see through the GSM filter **266**. As a result, not all the power would be available at the antenna **14**. The combination of the GSM filter **266** with a switch **265** at the output needs to present an "open circuit" to the common node **924** when the WCDMA Tx path **340** is used. This can be achieved by using delays as shown in Figure 4 where the phase delay through the GSM is 90 degrees or an odd multiple thereof. As such, when the GSM switch **265** is biased to "on" during the WCDMA operation, the impedance of the short-circuited switch is transformed to a very high impedance at the common node **924**. For the GSM operation, the switches are biased so that the shunt switch **345** at the output of WCDMA filter **346** is biased "on". This in turn makes the WCDMA filter **346** electrically almost invisible for the GSM Tx signal.

It should be noted that the switches can also be configured into a series connection. In this case the phase delay through the filter+matching network should be an even multiple of 180 degrees. Alternatively, one can also have both series and shunt switches, as long as the filters are properly matched. In this case, the problem of a blocking signal mixing with

5      its own Tx signal (generally only a problem in the CDMA and W-CDMA standards) can be solved since only the signals at the Tx frequency can enter the switch from antenna. Accordingly, these signals would mix to DC, but not with its own Rx band. Exemplary responses of the GSM and WCDMA paths with different switches being "on" are shown in Figures 8a – 9b.  Figures 8a and 8b show the W-CDMA and GSM responses at different

10     scales when the shunt switch **265** at the GSM filter **266** is biased "on". Figures 9a and 9b show the W-CDMA and GSM responses at different scales when the shunt switch **345** at the W-CDMA filter **346** is biased "on".  Even though each of the Tx paths is shown with a delay (=phase shifter) and the filter, in practice, the filter and the matching elements can be design so that the phase shifter is included in the filter itself.  The separate delays are shown

15     to emphasize that a certain phase delay through each tx path at the center frequency needs to be achieved.

It should also be noted that, in Figures 4a and 4b, the shunt switches **115, 135, 155, 225, 245** at the outputs of the Rx-filters **116, 136, 156, 226, 246**. The separate Rx and Tx antennas together with the steep Rx filters provide enough Tx to Rx isolation, rendering any

20     additional Tx/Rx switching for a given band, in principle, unnecessary.   However, the problem of cross-band isolation still needs to be solved.

The problem of cross-band isolation arises from the fact that, even though the Tx and Rx bands of a given standard do not overlap, there may be (and usually are) Tx frequencies in a multiband engine that overlap with other Rx frequencies.  Moreover, there

25     are also out of band blocking signals that need to be attenuated.  For example, in the GSM 1900 standard, the Tx frequencies range from 1850 to 1910MHz and the corresponding Rx range from 1930 to 1990MHz.  In that case, the Tx and Rx bands are separated by 20MHz. However, this Tx band does partially overlap with the GSM 1800 Rx, which is at 1805 to 1880MHz.  This implies that although the signal from the Tx antenna can be correctly

30     attenuated in the GSM 1900Rx filter, it will be able to pass through the GSM 1800 Rx filter. From the system point of view this is problematic because the next element in the Rx chain is usually an LNA (low noise amplifier), which is already integrated into the RF-ASIC. Even when the LNA for the 1800GSM is in the "off" state, fairly high signal levels of the 1800GSM may exist in the bond wires and cause interference in the operation of the RF-

PCT/IB2005/000843

ASIC. This is especially true for modern RF-ASIC that operates on very low supply voltages like 1.2V. A high level input signal may even damage the RF-ASIC. The only attenuation in these cross-band situations is provided by the separate antennas and this is typically only around 10 to 15dB, which is not enough. These potential cross band

5   frequencies are shown in Figure 3 for the case 1800, 1900GSM and the European W-CDMA.

It should also be noted that the separate antennas do not significantly help against out-of-band blocking signals that enter the Rx antenna during the Rx mode. These signals are typically attenuated by the corresponding Rx filter (the very reason for the Rx filter). If

10   there is another Rx filter in shunt, this filter allows blocking signals on its passband to propagate to the RF-ASIC. To solve this problem LNAs that are not integrated to the RF-ASIC can be used. Alternatively, switches can be disposed at the input of the filters. Such placement of switches would make the matching a bit easier. Unfortunately, the mixing products could turn out to be a problem.

15   To solve the problem associated with the out-of-band blocking signals, the present invention places the switches at the output of the filters, either in shunt as shown in Figure 4, or in series. The shunt switches can be connected to ground, but it is also enough just to short the balanced output of a filter to achieve very high attenuation, effectively "disconnecting" the filter. As such, shunt switches can be biased "on" to turn "off" the

20   desired filters. In contrast, if series switches are used, they would be biased "on" to turn the respective filter to "on".

As mentioned earlier, the U.S. front-end as shown in Figure 5 can be derived from the EU version simply by changing the two 2GHz Tx filters and their matching elements. The 2GHz GSM Tx filter **266** in block 804 (Figure 4c) is replaced by two selective band

25   pass filters **552** and **554**, one for the GSM1800 and another for the GSM1900. If these band pass filters are properly designed, they will be able to provide enough attenuation at the corresponding Rx-bands. As such, they can also be used for the CDMA1900Tx and the new US standard (with Tx at 1800MHz). The switching of the PAs **522** and **524**, in this case, significantly depends on the PA architecture. It depends on whether one GSM can be

30   used to amplify all of these bands and modulation types, or whether there are separate (W)CDMA and GSM PAs for better efficiency reasons, for example. However the filters and the first switches (again either in shunt or series) can be used in any case. Similarly the Rx1900 can be designed such that it supports both the GSM1900 and the CDAM1900 requirements.

It should be appreciated that Figures 4 and 5 are just two embodiments of the present invention, illustrating the principle of how front-ends can be designed with switches being disposed after the filters and with the inputs being matched to one common node. Other embodiments that use the principle of the present invention are shown in Figures 6 and 7.

5         Figure 6 shows a duplexer **820** wherein a common antenna **15** is used for both Tx and Rx designed to be compatible with the existing type 3 or 4 band GSM antenna switch modules. This duplexer can support even two different frequency ranges.  In Figure 6, all the switches **245**, **542** and **544** are placed at the far side of the filters **246**, **552** and **554**, in reference to the antenna **15**.

10        Figure 7 is a modification of the conventional front-end that uses a diplexer **30** with harmonic filters for 1 and 2GHz Tx.  As shown in Figure 7, a switch **345** placed at the far end of the filter **346** is used for switching in the W-CDMA duplexer.  The duplexer shares a common node **930** and the antenna **16** with the diplexer **30**.

The advantages of the present invention depend on the specific band combination

15        and implementation. In general, one of the major advantages is that the principle, according to the present invention, gives a new option of including and designing front-ends that have WCDMA or CDMA together with GSM bands. Depending on the combination of bands, the present invention also facilitates the "re-use" of filters, i.e. different standards can be supported with the same filter, which, in certain cases, reduces the number of filters needed.

20        As such, the front-end can be simplified and be more cost-effective, compared with existing solutions. The two architectures shown in Figures 4 and 5 also, by default, support downlink MIMO and diversity, which can be achieved by simply duplicating the 2GHz Rx-part.

In order to illustrate the advantages of the present invention, Figure 8a shows the

25        responses of the GSM Tx and W-CDMA Tx branches when the shunt switch at the GSM filter output is biased "on".  Figure 8b shows the same response in more detail.

Likewise, Figure 9a shows the responses of the GSM Tx and W-CDMA Tx branches when the shunt switch at the W-CDMA filter output is biased "on".  Figure 9b shows the same response in more detail.

30        One disadvantage associated with the present invention is that the switches in the TX path may increase the losses somewhat, especially in the WCDMA because currently the duplexer has no switches.

The front-end modules as shown in Figures 4, 5, 6 and 7 of the present invention, can be used in a communication device, such as a mobile phone or mobile terminal, as

WO 2005/107064                                                    PCT/IB2005/000843

shown in Figure 10.  As shown in Figure 10, the communication device **1** comprises a multiband front-end module **800**, which can be any one of the front end modules as shown in Figures 5 to 7. The front-end module **800** has a plurality of transmit and receive paths, operatively connected to the transceiver **900**.

5          Although the invention has been described with respect to a preferred embodiment thereof, it will be understood by those skilled in the art that the foregoing and various other changes, omissions and deviations in the form and detail thereof may be made without departing from the scope of this invention.

What is claimed is:

1.      A method for selecting a frequency band in a multiband communications device, the communications device having one or more antennas for conveying radio frequencies, and a front-end module having one or more nodes operatively connected to said one or more antennas, the front end module comprised by:

a first bandpass filter disposed in a first signal path for filtering signals in a first frequency band, the first bandpass filter having a first end and a second end, the first end operatively connected to said one or more antennas; and

a second bandpass filter disposed in a second signal path for filtering signals in a second frequency band different from the first frequency band; the second bandpass filter operatively connected to said one or more antennas, said method comprising:

disposing a switch at the second end of the first bandpass filter independent of the second signal path for enabling or disabling the first signal path.

2.      The method of claim 1, wherein the first signal path comprises a transmit path and the second signal path comprises a receive path, said method further comprised by:

disposing a matching element between the first end of the first bandpass filter and said one or more antenna.

3.      The method of claim 1, wherein the first signal path comprises a first receive path and the second signal path comprises a second receive path, and wherein the second bandpass filter has a first end and a second end, the first end of the second bandpass filter operatively connected to said one or more antennas, said method further comprised by:

disposing a further switch at the second end of the second bandpass filter for enabling or disabling the second signal path.

4.      The method of claim 3, further comprised by:

operatively connecting a balun to said one or more antennas, so as to allow both the first end of the first bandpass filter and the first end of the second bandpass filter to operatively connect to said one or more antennas via the balun.

5.      A transceiver for use in a communication device having one or more antennas for conveying radio frequency signals, said transceiver comprised by:

a first bandpass filter disposed in a first signal path for filtering signals in a first frequency band, the first bandpass filter having a first end and a second end, the first end operatively connected to said one or more antennas;

a second bandpass filter disposed in a second signal path for filtering signals in a second frequency band different from the first frequency band; the second bandpass filter operatively connected to said one or more antennas; and

a switch disposed at the second end of the first bandpass filter independent of the second signal path for enabling or disabling the first signal path.

6.      The transceiver of claim 5, further comprised by:

a matching element disposed between the first end of the first bandpass filter and said one or more antenna.

7.      The transceiver of claim 6, comprised in that the first signal path comprises a transmit path and the second signal path comprises a receive path.

8.      The transceiver of claim 5, wherein the first signal path comprises a first receive path and the second signal path comprises a second receive path, and wherein the second bandpass filter has a first end and a second end, the first end of the second bandpass filter operatively connected to said one or more antennas, said transceiver further comprised by:

a further switch disposed at the second end of the second bandpass filter for enabling or disabling the second signal path.

9.      The transceiver of claim 8, further comprised by a balun operatively connected to said one or more antennas, and comprised in that both the first end of the first bandpass filter and the first end of the second bandpass filter are operatively connected to said one or more antennas via the balun.

10.      The transceiver of claim 9, wherein the balun has a first balun end and a second balun end, the first balun end connected to said one or more antennas, the second balun end connected to the first end of the first filter and wherein the second balun end is also connected to the first end of the second filter, the transceiver further comprised by:

a second switch disposed in the second receive path and operatively connected to the second end of the second filter.

WO 2005/107064

PCT/IB2005/000843

11.     The transceiver of claim 10, comprised in that

the first frequency band has a frequency range substantially between 1805MHz and 1880MHz, and that

5       the second frequency band has a frequency range substantially between 1930MHz and 1990MHz.

12.     The transceiver of claim 10, comprised in that

the first frequency band has a frequency range substantially between 869MHz and 894MHz, and that

10

the second frequency band has a frequency range substantially between 925MHz and 960MHz.

13.     The transceiver of claim 12, further comprised by:

15      a matching element operatively connected to said one or more antennas;

a third bandpass filter disposed in a transmit path for filtering signals in a third frequency band, the third bandpass filter having a first end and a second end, the first end operatively connected to the matching element; and

a third switch disposed in the transmit path and operatively connected to the second

20      end of the third bandpass filter.

14.     The transceiver of claim 13, comprised in that the third frequency band has a frequency range substantially between 824MHz and 849MHz.

25      15.     The transceiver of claim 13, comprised in that the third frequency band has a frequency range substantially between 880MHz and 905MHz.

16.     The transceiver of claim 11, further comprised by:

a matching element operatively connected to said one or more antennas;

30      a third bandpass filter disposed in a transmit path for filtering signals in a third frequency band, the third bandpass filter having a first end and a second end, the first end operatively connected to the matching element; and

a third switch disposed in the transmit path and operatively connected to the second end of the third bandpass filter.

WO 2005/107064                                                    PCT/IB2005/000843

17.     The transceiver of claim 16, comprised in that the third frequency band has a frequency range substantially between 1710MHz and 1785MHz.

5     18.     The transceiver of claim 16, comprised in that the third frequency band has a frequency range substantially between 1850MHz and 1910MHz.

19.     The transceiver of claim 16, further comprised by:

      a further matching element operatively connected to said one or more antennas;

10           a fourth bandpass filter disposed in a further transmit path for filtering signals in a fourth frequency band, the fourth bandpass filter having a first end and a second end, the first end operatively connected to the further matching element; and

      a fourth switch disposed in the further transmit path and operatively connected to the second end of the fourth bandpass filter.

15

20.     The transceiver of claim 19, comprised in that the third frequency band has a third frequency range substantially between 1710MHz and 1785MHz, and the fourth frequency range substantially between 1850-1910MHz.

20     21.     The transceiver of claim 19, comprised in that the third frequency band has a third frequency range substantially between 1920MHz and 1980MHz, and the fourth frequency range substantially between 1710-1910MHz.

22.     The transceiver of claim 20, further comprised by:

25           a further balun; and

      a fifth bandpass filter disposed in another receive path for filtering signals in a fifth frequency band, the fifth bandpass filter operatively connected to said one or more antennas via the further balun, wherein the fifth frequency band has a frequency range substantially between 2110MHz and 2170MHz.

30

23.     The transceiver of claim 21, further comprised by:

      a further balun; and

      a fifth bandpass filter disposed in another receive path for filtering signals in a fifth frequency band, the fifth bandpass filter operatively connected to said one or more antennas

via the further balun, wherein the fifth frequency band has a frequency range substantially between 2110MHz and 2170MHz..

24.    The transceiver of claim 22, comprised in that the transceiver is operated in a first mode in code-division multiplex access fashion and a second mode in GSM, said transceiver further comprised by:

a first amplifier for amplifying signals in the first mode;

a second amplifier for amplifying signals in the second mode; and

a group of further switches including a first, a second, a third and a fourth further switches, each having a first end and a second end, wherein

the first end of the first further switch is operatively connected to the transmit path, and the second end of the first further switch is operatively connected to the first amplifier;

the first end of the second further switch is operatively connected to the transmit path, and the second end of the second further switch is operatively connected to the second amplifier;

the first end of the third further switch is operatively connected to the further transmit path, and the second end of the third further switch is operatively connected to the first amplifier; and

the first end of the first further switch is operatively connected to the further transmit path, and the second end of the fourth further switch is operatively connected to the second amplifier.

25.    The transceiver of claim 9, further comprised by:

a matching element disposed between said one or more antennas and the balun, the matching element having a first matching element end connected to said one or more antenna and a second matching element end connected to the balun; and

a further balun disposed between the matching element and the second bandpass filter, the further balun having a first balun end connected to the second matching element end and a second balun end connected to the second bandpass filter.

26.    The transceiver of claim 25, comprised in that the first frequency band has a first frequency range substantially between 1930MHz and 1990MHz, and the second frequency band has a second frequency range substantially between 2110MHz and 2170MHz.

WO 2005/107064

PCT/IB2005/000843

27.     The transceiver of claim 25, further comprised by:

a second matching element;

a third bandpass filter disposed in a transmit path for filtering signals in the third

5    frequency band, the third bandpass filter having a first end and a second end, the first end

operatively connected to said one or more antennas through the second matching element;

and

a second switch connected to the second end of the third bandpass filter.

10   28.     The transceiver of claim 27, further comprised by:

a third matching element;

a fourth bandpass filter disposed in a further transmit path for filtering signals in the

fourth frequency band, the fourth bandpass filter having a first end and a second end, the

first end operatively connected to said one or more antennas through the third matching

15   element; and

a second switch connected to the second end of the fourth bandpass filter.

29.     The transceiver of claim 27, comprised in that

the first frequency band has a first frequency range substantially between 1930MHz

20   and 1990MHz;

the second frequency band has a second frequency range substantially between

2110MHz and 2170MHz;

the third frequency band has a third frequency range substantially between

1710MHz and 1785MHz; and

25       the fourth frequency band has a fourth frequency range substantially between

1850MHz and 1910MHz.

30.     A communications device comprising:

one or more antennas for conveying radio frequency signals; and

30       a transceiver, the transceiver comprised by:

a first bandpass filter disposed in a first signal path for filtering signals in a

first frequency band, the first bandpass filter having a first end and a second end, the

first end operatively connected to said one or more antennas;

25

a second bandpass filter disposed in a second signal path for filtering signals in a second frequency band different from the first frequency band; the second bandpass filter operatively connected to said one or more antennas; and

a switch disposed at the second end of the first bandpass filter independent of the second signal path for enabling or disabling the first signal path.

31.     The communications device of claim 30, the transceiver further comprised by:

a matching element disposed between the first end of the first bandpass filter and said one or more antenna.

32.     The communications device of claim 31, comprised in that the first signal path comprises a transmit path and the second signal path comprises a receive path.

33.     The communications device of claim 30, wherein the first signal path comprises a first receive path and the second signal path comprises a second receive path, and wherein the second bandpass filter has a first end and a second end, the first end of the second bandpass filter operatively connected to said one or more antennas, the transceiver further comprised by:

a further switch disposed at the second end of the second bandpass filter for enabling or disabling the second signal path.

34.     The communications device of claim 33, the transceiver further comprised by:

a balun operatively connected to said one or more antennas, and both the first end of the first bandpass filter and the first end of the second bandpass filter are operatively connected to said one or more antennas via the balun.

35.     The communications device of claim 34, wherein the balun has a first balun end and a second balun end, the first balun end connected to said one or more antennas, the second balun end connected to the first end of the first filter and wherein the second balun end is also connected to the first end of the second filter, the transceiver further comprised by:

a second switch disposed in the second receive path and operatively connected to the second end of the second filter.

36.     The communications device of claim 30, comprising a mobile terminal.

WO 2005/107064



FIG. 1A
(prior art)

869 - 894    1GHz GSM Rx

925 - 960

824 - 849
880 - 905    1GHz GSM Tx

1805 - 1880    2GHz GSM Rx

1930 - 1990

1710 - 1785
1850 - 1910    2GHz GSM Tx

FIG. 1B
(prior art)

2110 - 2170    W-CDMA duplexer
(Rx & Tx)

1920 - 1980

1/9

PCT/IB2005/000843

WO 2005/107064

PCT/IB2005/000843



WO 2005/107064



## FIG. 3A



## FIG. 3B

PCT/IB2005/000843



FIG. 4

WO 2005/107064

PCT/IB2005/000843



FIG. 5

WO 2005/107064



FIG. 6



FIG.10

6/9

PCT/IB2005/000843

WO 2005/107064

7/9

PCT/IB2005/000843



FIG. 7

WO 2005/107064                                                      PCT/IB2005/000843

8/9



FIG. 8a



FIG. 8b



FIG. 9a



FIG. 9b

## INTERNATIONAL SEARCH REPORT

PCT/IB 2005/000843

### A. CLASSIFICATION OF SUBJECT MATTER

IPC7: H03H 7/46

According to International Patent Classification (IPC) or to both national classification and IPC

### B. FIELDS SEARCHED

Minimum documentation searched (classification system followed by classification symbols)

IPC7: H03H

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

SE,DK,FI,NO classes as above

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

EPO-INTERNAL, WPI DATA, PAJ

### C. DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | US 6573808 B1 (MARIAN MARK BURIN), 3 June 2003 (03.06.2003), column 2, line 16 – column 3, line 11<br><br>-- | 1-35 |
| A | DATABASE WPI<br>Week 200464<br>Derwent Publications Ltd., London, GB;<br>Class U21 AN 2004-657462<br>& JP 2004253948 A (TDK CORP),<br>9 September 2004 (2004-09-09)<br>abstract and figure 1<br><br>-- | 1-35 |
| P | WO 2004070965 A1 (EPCOS AG), 19 August 2004 (19.08.2004), abstract<br><br>--<br>-------- | 1-35 |

| ☐ Further documents are listed in the continuation of Box C. | ☒ See patent family annex. |
|---|---|

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier application or patent but published on or after the international filing date | "X" | document of particular relevance: the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance: the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 23 June 2005 | 2 8 -06- 2005 |

| Name and mailing address of the ISA/ | Authorized officer |
|---|---|
| Swedish Patent Office<br>Box 5055, S-102 42 STOCKHOLM<br>Facsimile No. + 46 8 666 02 86 | Sara Thulin/MN<br>Telephone No. + 46 8 782 25 00 |

Form PCT/ISA/210 (second sheet) (January 2004)

**INTERNATIONAL SEARCH REPORT**

PCT/IB 2005/000843

| US | 6573808 | B1 | 03/06/2003 | NONE | | |
|----|---------|-----|-----------|------|----------|------------|
| WO | 2004070965 | A1 | 19/08/2004 | DE | 10305379 A | 19/08/2004 |