# EXHIBIT A

# 民 事 起 诉 状

原　　　告：　诺基亚技术有限公司

住　所　地：　芬兰埃斯波，卡拉卡瑞街 7 号，02610

授 权 代 表 人：　英格丽•维塔宁（Ingrid Viitanen）　扬•桑德斯特伦（Jan Sandström）

职　　　务：　副总裁、知识产权和总法律顾问　法务主管


被　告　一：　**OPPO 广东移动通信有限公司**

住　所　地：　东莞市长安镇乌沙海滨路 18 号，523859

法 定 代 表 人：　刘波

职　　　务：　执行董事，经理


被　告　二：　**苏州市德财通信有限公司**

住　　　所：　苏州工业园区锦丰商业广场 1-2 幢 1105 室

法 定 代 表 人：　顾海军

职　　　务：　执行董事兼总经理


**案由：**侵害发明专利权纠纷


**诉讼请求：**

1、判令二被告立即停止侵犯原告享有的第 ZL200580013518.8 号发明专利权（以下称为"涉案专利"）的行为，即：判令被告一立即停止制造（含委托制造）、销售、许诺销售侵犯涉案专利的终端产品（含依照专利方法直接获得的产品，下同）（以下统称"涉案侵权产品"）；判令被告二立即停止销售和许诺销售涉案侵权产品。

2、判令被告一赔偿原告经济损失人民币五百万元;原告保留根据后续在诉讼中
获得的证据以及被告侵权延续造成的损失对赔偿数额予以增加的权利。

3、判令被告一承担原告为制止侵权行为支付的律师费、公证费、调查费、翻译
费、差旅费、鉴定费、测试费等合理开支费用人民币一百万元。

4、判令被告一承担本案的诉讼费用。

**事实与理由:**

原告诺基亚技术有限公司是由诺基亚公司控股的诺基亚集团公司（"诺基亚集
团"）的成员。诺基亚集团是通讯及信息技术领域的全球领导者，是全球前三位的
电信设备商。诺基亚集团的两个主要业务是：诺基亚网络（包括移动网络，固定网
络，IP/光网络，以及应用程序与分析四项网络业务）和诺基亚技术（专注于科技，
品牌业务以及专利许可业务）。诺基亚集团的业务覆盖全球，其在欧洲、中东以及
非洲、中国、北美洲、亚太地区及拉丁美洲开展业务，并在欧洲、北美洲及亚洲拥
有研发基地，其销售遍布全球 130 多个国家。至 2020 年末,诺基亚集团约雇佣 92,000
名员工。

在中国，诺基亚集团在电信基础设施市场处于领导地位，并且一直对中国的发
展以及创新作出贡献。诺基亚集团与所有的中国运营商包括中国移动、中国电信、
中国铁塔及中国联通进行合作。同时诺基亚集团还将其在中国的市场拓展到包括铁
路和公共安全等公共和私营领域。诺基亚集团现阶段在中国拥有七个技术研发中心，
并且在全国三十多个省份设有办事处。

涉案专利是原告所有的一项专利权，其专利号为 ZL200580013518.8，申请日为
2005 年 3 月 31 日，授权公告日为 2010 年 5 月 5 日，发明名称为"在多频段通信中
使用的方法、收发机和通信设备"，目前处于有效状态。原告诺基亚技术有限公司
于 2016 年 1 月 15 日从诺基亚公司受让了涉案专利权，并依法享有全部权利。

涉案专利共有 36 项权利要求，其中权利要求 1、5 和 30 为独立权利要求，分别
要求保护一种在多频段通信设备中选择频段的方法、一种收发机和一种通信设备。
原告在本案中主张所有权利要求。

从涉案侵权产品的包装盒可见，被告一是涉案侵权产品的制造商。同时，涉案侵权产品的"进网许可证"注册信息显示，被告一是涉案侵权产品进网许可证的申请人。

被告二为涉案侵权产品的经销商，在苏州销售和许诺销售涉案侵权产品。

涉案侵权产品包括被告一制造和销售的众多终端产品，例如 Find X2 5G、Reno 5 5G、A93 5G 等。

通过对涉案侵权产品进行测试，并将测试结果与涉案专利的技术方案进行比对和分析，原告认为涉案侵权产品落入了涉案专利权利要求的保护范围。

综上所述，二被告未经原告许可，擅自为生产经营目的制造（含委托制造）、销售、许诺销售涉案侵权产品，已严重侵犯了原告的专利权，给原告造成了巨大的经济损失。

根据《中华人民共和国民事诉讼法》、《中华人民共和国专利法》等有关法律、法规规定，原告特向贵院提起民事诉讼，请求法院依法支持原告的诉讼请求、保护原告的合法权益。

此致

苏州市中级人民法院

具状人：诺基亚技术有限公司

北京市金杜律师事务所

2021 年 8 月 5 日

**Confidential**
*REFERENCE ENGLISH TRANSLATION BY BIRD & BIRD*
*NOT FILED IN PROCEEDINGS*

## CIVIL COMPLAINT

| | |
|---|---|
| **Plaintiff:** | **NOKIA TECHNOLOGIES OY** |
| Address: | Karakaari 7, 02610 Espoo, Finland |
| Legal Representative: | LUKANDER Jenni |
| Title: | President, Nokia Technologies Oy |

| | |
|---|---|
| **Defendant #1:** | **GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CO LTD** |
| Address: | No.18 Haibin Road, Wusha, Chang'an Town, Dongguan, 523859 |
| Legal Representative: | LIU Bo |
| Title: | Executive Director, Manager |

| | |
|---|---|
| **Defendant #2:** | **SUZHOU DE CAI TELECOMMUNICATIONS CO LTD** |
| Address: | Room 1105, Building 1-2, Jinfeng Commercial Plaza, Industrial Park, Suzhou |
| Legal Representative: | GU Haijun |
| Title: | Executive Director, General Manager |

**CAUSE OF ACTION:** Invention Patent Infringement Dispute

**CLAIMS:**

1. An order that the two Defendants immediately cease infringing the Plaintiff's right in invention patent no. ZL200580013518.8 (the "**Patent**"), specifically: order Defendant #1 to immediately cease making (including authorise to make), selling, and offering to sell, any terminal products that infringe upon the Patent (including products directly obtained by the patented process, same below) (collectively, the "**Infringing Products**"); and order Defendant #2 to immediately cease selling and offering to sell the Infringing Products.

2. An order that Defendant #1 be liable for compensation for the Plaintiff's economic losses of CNY 5 million; the Plaintiff reserves the right to increase the amount of compensation based on the evidence collected subsequently in litigation and for loss caused by the Defendants' continuing infringement;

**Confidential**
*REFERENCE ENGLISH TRANSLATION BY BIRD & BIRD*
*NOT FILED IN PROCEEDINGS*

3.  An order that Defendant #1 be liable for the attorney's fees, notarization fees, investigation fees, translation fees, travel expenses, appraisal fees, test fees and other reasonable expenses incurred to the Plaintiff from stopping infringement, totalling CNY 1 million;

4.  An order that Defendant #1 bears the litigation costs.


**FACTS & REASONS:**

The Plaintiff NOKIA TECHNOLOGIES OY is a member of NOKIA GROUP COMPANY (the "**Nokia Group**") controlled by NOKIA CORPORATION.   Nokia Group is a global leader in the communications and information technology industry and the world's top three telecommunications equipment manufacturers, engaging in two main business sectors: Nokia Network (including mobile network, fixed network, IP/optical network, and applications and analysis) and Nokia Technologies (mainly technology, brand and patent licensing).   Nokia Group has its presence around the world, mainly in Europe, Middle East and Africa, China, North America, Asia-Pacific region, and Latin America, and has established research and development bases in Europe, North America and Asia.   Its products are sold in more than 130 countries across the world.   By 2020, Nokia Group employed about 92,000 people.

In China, Nokia Group is leading in the telecommunications infrastructure sector, and has been making contribution to the development and innovation in China.   Nokia Group established cooperative relationship with China Mobile, China Telecom, China Tower, China Unicom and other Chinses operators. Meanwhile, Nokia Group expanded its market access to both the Chinese public and private sectors such as railway and public security.   By now, Nokia Group has established seven technology research and development centres and also opened offices in more than thirty provinces across the country.

The Patent is owned by the Plaintiff, with a patent number of ZL200580013518.8, application date of 31 March 2005, grant date of 5 May 2010, and title of "Method, transceiver and communications device used in multiband communications", which is valid and subsisting.   The Plaintiff NOKIA TECHNOLOGIES OY obtained the Patent by assignment from NOKIA CORPORATION on 15 January 2016 and enjoys all rights in accordance with law.

The Patent consists of 36 claims, including independent claims 1, 5 and 30, which respectively relate to a method for selecting a frequency band in a multiband communications device, a transceiver, and a communications device.   The Plaintiff asserts all claims in this case.

As shown on the packaging of the Infringing Products, Defendant #1 is the maker of the Infringing Products.   Also, the registration information in the "network access license" for the Infringing Products shows Defendant #1 as the applicant of the network access license for the Infringing Products.

Defendant #2 is a distributor of the Infringing Products, that sells and offers to sell the Infringing Products in Suzhou.

The Infringing Products include various terminal products made and sold by Defendant #1,

**Confidential**
*REFERENCE ENGLISH TRANSLATION BY BIRD & BIRD*
*NOT FILED IN PROCEEDINGS*

including but not limited to Find X2 5G, Reno5 5G and A93 5G.

From testing the Infringing Products, and comparing the test results with the technical solution of the Patent, the Plaintiff considers that the Infringing Products fall within the scope of protection of the claims of the Patent.

In view of the above, the two Defendants without authorisation from the Plaintiff made (including authorise to make), sold, and offered to sell the Infringing Products for production or business purposes, which infringes on the Plaintiff's patent rights, and causes substantial economic loss to the Plaintiff.

In accordance with the *PRC Civil Procedure Law*, the *PRC Patent Law* and other relevant laws and regulations, the Plaintiff hereby initiates civil proceedings with the Court, and requests the Court to support the Plaintiff's litigation claims according to law, to safeguard the Plaintiff's legitimate rights and interests.

To:     Suzhou Intermediate People's Court

Plaintiff: NOKIA TECHNOLOGIES OY
Attorney: Beijing King & Wood Mallesons

Date: 2021.08.05

# 民 事 起 诉 状

原　　　　告：　　诺基亚技术有限公司

住　所　地：　　芬兰埃斯波，卡拉卡瑞街 7 号，02610

授 权 代 表 人：　　英格丽•维塔宁（Ingrid Viitanen）　　扬•桑德斯特伦（Jan Sandström）

职　　　　务：　　副总裁、知识产权和总法律顾问　　法务主管


被　告　一：　　**OPPO 广东移动通信有限公司**

住　所　地：　　东莞市长安镇乌沙海滨路 18 号，523859

法 定 代 表 人：　　刘波

职　　　　务：　　执行董事，经理


被　告　二：　　北京铭新电子产品有限公司

住　所　地：　　北京市房山区良乡凯旋大街建设路 18 号-D13106

法 定 代 表 人：　　郭涛

职　　　　务：　　经理、执行董事


**案由：**侵害发明专利权纠纷


**诉讼请求：**

  1、判令二被告立即停止侵犯原告享有的第 ZL200680009521.7 号发明专利权（以下称为"涉案专利"）的行为，即：判令被告一立即停止制造（含委托制造）、销售、许诺销售侵犯涉案专利的终端产品（含依照专利方法直

1

接获得的产品，下同）（以下统称"涉案侵权产品"）；判令被告二立即
停止销售和许诺销售涉案侵权产品。

2、判令被告一赔偿原告经济损失人民币五百万元；原告保留根据后续在诉讼
中获得的证据以及被告侵权延续造成的损失对赔偿数额予以增加的权利。

3、判令被告一承担原告为制止侵权行为支付的律师费、公证费、调查费、翻
译费、差旅费、鉴定费、测试费等合理开支费用人民币一百万元。

4、判令被告一承担本案的诉讼费用。


**事实与理由：**

原告诺基亚技术有限公司是由诺基亚公司控股的诺基亚集团公司（"诺基亚集
团"）的成员。诺基亚集团是通讯及信息技术领域的全球领导者，是全球前三位的
电信设备商。诺基亚集团的两个主要业务是：诺基亚网络（包括移动网络、固定网
络、IP/光网络以及应用程序与分析四项网络业务）和诺基亚技术（专注于科技、品
牌业务以及专利许可业务）。诺基亚集团的业务覆盖全球，其在欧洲、中东以及非
洲、中国、北美洲、亚太地区及拉丁美洲开展业务，并在欧洲、北美洲及亚洲拥有
研发基地，其销售遍布全球 130 多个国家。至 2020 年末，诺基亚集团约雇佣
92,000 员工。

在中国，诺基亚集团在电信基础设施市场处于领导地位，并且一直对中国的发
展以及创新作出贡献。诺基亚集团与所有的中国运营商包括中国移动、中国电信、
中国铁塔及中国联通进行合作。同时诺基亚集团还将其在中国的市场拓展到包括铁
路和公共安全等公共和私营领域。诺基亚集团现阶段在中国拥有七个技术研发中
心，并且在全国三十多个省份设有办事处。

涉案专利是原告所有的一项专利权，其专利号为 ZL200680009521.7，申请日为
2006 年 2 月 1 日，授权公告日为 2010 年 5 月 19 日，发明名称为"使用可变带宽包
络调制器的包络消除和恢复发射机结构和方法"，目前处于有效状态。原告诺基亚
技术有限公司于 2016 年 1 月 15 日从诺基亚公司受让了涉案专利权，并依法享有全
部权利。

涉案专利共有 20 项权利要求，其中权利要求 1、7、10、14、19 为独立权利要求，分别要求保护一种射频 RF 发射机、一种多频带射频 RF 发射机、一种包络消除和恢复 EER RF 发射机、一种操作包络消除和恢复 EER RF 发射机的方法、一种包络消除和恢复 EER RF 发射机。原告在本案中主张所有权利要求。

从涉案侵权产品的包装盒可见，被告一是涉案侵权产品的制造商。同时，涉案侵权产品的"进网许可证"注册信息显示，被告一是涉案侵权产品进网许可证的申请人。

被告二为涉案侵权产品的经销商，在北京销售和许诺销售涉案侵权产品。

涉案侵权产品包括被告一制造和销售的众多终端产品，例如 K7、Reno5 等。

通过对涉案侵权产品进行测试，并将测试结果与涉案专利的技术方案进行比对和分析，原告认为涉案侵权产品落入了涉案专利权利要求的保护范围。

综上所述，二被告未经原告许可，擅自为生产经营目的制造（含委托制造）、销售、许诺销售涉案侵权产品，已严重侵犯了原告的专利权，给原告造成了巨大的经济损失。

根据《中华人民共和国民事诉讼法》、《中华人民共和国专利法》等有关法律、法规规定，原告特向贵院提起民事诉讼，请求法院依法支持原告的诉讼请求、保护原告的合法权益。


此致

北京知识产权法院


具状人：诺基亚技术有限公司

北京市金杜律师事务所

2021 年 8 月 5 日

3

**Confidential**
*REFERENCE ENGLISH TRANSLATION BY BIRD & BIRD*
*NOT FILED IN PROCEEDINGS*

## CIVIL COMPLAINT

| | |
|---|---|
| **Plaintiff:** | **NOKIA TECHNOLOGIES OY** |
| Address: | Karakaari 7, 02610 Espoo, Finland |
| Legal Representative: | LUKANDER Jenni |
| Title: | President, Nokia Technologies Oy |

| | |
|---|---|
| **Defendant #1:** | **GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CO LTD** |
| Address: | No.18 Haibin Road, Wusha, Chang'an Town, Dongguan, 523859 |
| Legal Representative: | LIU Bo |
| Title: | Executive Director, Manager |

| | |
|---|---|
| **Defendant #2:** | **BEIJING MING XIN ELECTRONIC PRODUCTS CO LTD** |
| Address: | No.18, Jianshe Road, Liangxiang Kaixuan Street, Fangshan District, Beijing, D13106 |
| Legal Representative: | GUO Tao |
| Title: | Executive Director, Manager |

**CAUSE OF ACTION:** Invention Patent Infringement Dispute

**CLAIMS:**

1. An order that the two Defendants immediately cease infringing the Plaintiff's right in invention patent no. ZL200680009521.7 (the "**Patent**"), specifically: order Defendant #1 to immediately cease making (including authorise to make), selling, and offering to sell, any terminal products that infringe upon the Patent (including products directly obtained by the patented process, same below) (collectively, the "**Infringing Products**"); and order Defendant #2 to immediately cease selling and offering to sell the Infringing Products.

2. An order that Defendant #1 be liable for compensation for the Plaintiff's economic losses of CNY 5 million; the Plaintiff reserves the right to increase the amount of compensation based on the evidence collected subsequently in litigation and for loss caused by the Defendants' continuing infringement;

**Confidential**
*REFERENCE ENGLISH TRANSLATION BY BIRD & BIRD*
*NOT FILED IN PROCEEDINGS*

3.  An order that Defendant #1 be liable for the attorney's fees, notarization fees, investigation fees, translation fees, travel expenses, appraisal fees, test fees and other reasonable expenses incurred to the Plaintiff from stopping infringement, totalling CNY 1 million;

4.  An order that Defendant #1 bears the litigation costs.

**FACTS & REASONS:**

The Plaintiff NOKIA TECHNOLOGIES OY is a member of NOKIA GROUP COMPANY (the "**Nokia Group**") controlled by NOKIA CORPORATION.   Nokia Group is a global leader in the communications and information technology industry and the world's top three telecommunications equipment manufacturers, engaging in two main business sectors: Nokia Network (including mobile network, fixed network, IP/optical network, and applications and analysis) and Nokia Technologies (mainly technology, brand and patent licensing).   Nokia Group has its presence around the world, mainly in Europe, Middle East and Africa, China, North America, Asia-Pacific region, and Latin America, and has established research and development bases in Europe, North America and Asia.   Its products are sold in more than 130 countries across the world.   By 2020, Nokia Group employed about 92,000 people.

In China, Nokia Group is leading in the telecommunications infrastructure sector, and has been making contribution to the development and innovation in China.   Nokia Group established cooperative relationship with China Mobile, China Telecom, China Tower, China Unicom and other Chinses operators. Meanwhile, Nokia Group expanded its market access to both the Chinese public and private sectors such as railway and public security.   By now, Nokia Group has established seven technology research and development centres and also opened offices in more than thirty provinces across the country.

The Patent is owned by the Plaintiff, with a patent number of ZL200680009521.7, application date of 1 February 2006, grant date of 19 May 2010, and title of " Variable bandwidth envelope modulator for use with envelope elimination and restoration transmitter architecture and method", which is valid and subsisting.   The Plaintiff NOKIA TECHNOLOGIES OY obtained the Patent by assignment from NOKIA CORPORATION on 15 January 2016, and enjoys all rights in accordance with law.

The Patent consists of 20 claims, including independent claims 1, 7, 10, 14 and 19, which respectively relate to a radio frequency RF transmitter, a multi-band radio frequency RF transmitter, an envelope elimination and restoration (EER) RF transmitter, a method to operate envelope elimination and restoration (EER) RF transmitter, an envelope elimination and restoration (EER) RF transmitter.   The Plaintiff asserts all claims in this case.

As shown on the packaging of the Infringing Products, Defendant #1 is the maker of the Infringing Products.   Also, the registration information in the "network access license" for the Infringing Products shows Defendant #1 as the applicant of the network access license for the Infringing Products.

Defendant #2 is a distributor of the Infringing Products, that sells and offers to sell the Infringing Products in Beijing.

**Confidential**
*REFERENCE ENGLISH TRANSLATION BY BIRD & BIRD*
*NOT FILED IN PROCEEDINGS*

The Infringing Products include various terminal products made and sold by Defendant #1, including but not limited to K7 and Reno5.

From testing the Infringing Products, and comparing the test results with the technical solution of the Patent, the Plaintiff considers that the Infringing Products fall within the scope of protection of the claims of the Patent.

In view of the above, the two Defendants without authorisation from the Plaintiff made (including authorise to make), sold, and offered to sell the Infringing Products for production or business purposes, which infringes on the Plaintiff's patent rights, and causes substantial economic loss to the Plaintiff.

In accordance with the *PRC Civil Procedure Law*, the *PRC Patent Law* and other relevant laws and regulations, the Plaintiff hereby initiates civil proceedings with the Court, and requests the Court to support the Plaintiff's litigation claims according to law, to safeguard the Plaintiff's legitimate rights and interests.

To:      Beijing Intellectual Property Court

Plaintiff: NOKIA TECHNOLOGIES OY
Attorney: Beijing King & Wood Mallesons

Date: 2021.08.05