1  Warren Lipschitz*
   wlipschitz@mckoolsmith.com
2  MCKOOL SMITH, P.C.
   300 Crescent Court, Suite 1500
3  Dallas, Texas 75201
   Telephone: (214) 978-4000
4  Facsimile: (214) 978-4044

5  Eliza Beeney*
   ebeeney@mckoolsmith.com
6  MCKOOL SMITH, P.C.
   One Manhattan West
7  395 9th Avenue, 50th Floor
   New York, NY 10001-8603
8  Telephone: (212) 402-9400
   Facsimile: (212) 402-9444

9
   James R. Patterson, SBN 211102
10 jim@pattersonlawgroup.com
   Jennifer M. French, SBN 265422
11 jenn@pattersonlawgroup.com
   PATTERSON LAW GROUP, APC
12 1350 Columbia Street, Unit 603
   San Diego, California 92101
13 Telephone: (619) 756-6990
   Facsimile: (619) 756-6991
14
   *pro hac vice application forthcoming
15
   *Attorneys for Applicant*
16 *Nokia Technologies Oy*

17              **UNITED STATES DISTRICT COURT**
18
                **SOUTHERN DISTRICT OF CALIFORNIA**
19

| 20 | *In Re Ex Parte* Application of Nokia Technologies Oy, | CASE NO.: 3:21-mc-01487 |
|---|---|---|
| 21 | | **NOTICE OF PARTY WITH FINANCIAL INTEREST AND CORPORATE DISCLOSURE STATEMENT** |
| 22 | Applicant, | |
| 23 | For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Incorporated for use in Foreign Proceedings. | |
| 24 | | |
| 25 | | |

26
27
28

---

Applicant Nokia Technologies Oy, by and through its undersigned attorneys, hereby submits the following statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 40.2.

Nokia Corporation is the parent corporation of Nokia Technologies Oy and owns more than 10% of its stock. Neither Nokia Corporation nor Nokia Technologies Oy is a publicly held corporation.

DATED: October 25, 2021

/s/ *Jennifer M. French*

Warren Lipschitz*
wlipschitz@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Eliza Beeney*
ebeeney@mckoolsmith.com
MCKOOL SMITH, P.C.
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001-8603
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

James R. Patterson, SBN 211102
jim@pattersonlawgroup.com
Jennifer M. French, SBN 265422
jenn@pattersonlawgroup.com
PATTERSON LAW GROUP, APC
1350 Columbia Street, Unit 603
San Diego, California 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

*pro hac vice application forthcoming*

*Attorneys for Applicant*
*Nokia Technologies Oy*