UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE EX PARTE APPLICATION OF NOKIA TECHNOLOGIES OY | Case No.: 21mc1487-MSB<br><br>**ORDER SETTING BRIEFING SCHEDULE RE: EX PARTE APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR LEAVE TO OBTAIN DISCOVERY FROM QUALCOMM INCORPORATED FOR USE IN FOREIGN PROCEEDINGS [ECF NO. 1]** |
|---|---|

On October 5, 2021, Nokia Technologies Oy ("Applicant") filed an ex parte application for an order permitting a subpoena pursuant to 28 U.S.C. Section 1782(a). After reviewing the ex parte application, the Court issues the following **ORDERS**:

1. Applicant shall serve the ex parte application and this Order on Qualcomm Incorporated ("Qualcomm") on or before **March 4, 2022.**

2. Qualcomm must file any response to the ex parte application on or before **March 11, 2022.**

/ / /

/ / /

/ / /

/ / /

3. Unless the Court directs otherwise, the ex parte application will be deemed submitted on the papers upon the filing of Qualcomm's response or, if no response is filed, as of March 11, 2022.

**IT IS SO ORDERED**.

Dated: March 1, 2022

Honorable Michael S. Berg
United States Magistrate Judge