Warren Lipschitz*
wlipschitz@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Eliza Beeney*
ebeeney@mckoolsmith.com
MCKOOL SMITH, P.C.
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

James R. Patterson, SBN 211102
jim@pattersonlawgroup.com
Jennifer M. French, SBN 265422
jenn@pattersonlawgroup.com
PATTERSON LAW GROUP, APC
1350 Columbia Street, Unit 603
San Diego, California 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

*admitted pro hac vice*

*Attorneys for Applicant
Nokia Technologies Oy*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Ex Parte* Application of Nokia Technologies Oy,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Incorporated for use in Foreign Proceedings. | CASE NO.: 3:21-mc-01487-MSB<br><br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States and am employed in San Diego County. I am over the age of eighteen (18) years and not a party to this action; my business address is 1350 Columbia Street, Suite 603, San Diego, CA 92101.

On March 1, 2022 I caused to be served the following document(s):

- **APPLICATION OF NOKIA TECHNOLOGIES OY FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FROM QUALCOMM INCORPORATED FOR USE IN FOREIGN PROCEEDINGS**
- **DECLARATION OF WARREN LIPSCHITZ IN SUPPORT OF APPLICATION AND ATTACHED EXHIBITS**
- **DECLARATION OF XU JING IN SUPPORT OF APPLICATION AND ATTACHED EXHIBITS**
- **ORDER SETTING BRIEFING SCHEDULE RE APPLICATION**

to each addressee named hereafter and addressed as follows:

| David A. Kays<br>MORGAN FRANICH FREDKIN SIMAS & KAYS LLP<br>333 W. San Carlos Street, Suite 1050<br>San Jose, CA 95110<br>Tel: 408.288.8288<br>dkays@mffmlaw.com | ***Attorneys for Non-party***<br><br>QUALCOMM INCORPORATED |
|---|---|

**XX**   **BY ELECTRONIC MAIL TRANSMISSION:** A PDF format copy of such document(s) was sent by electronic mail transmission or through the CM/ECF system to each such person at the e-mail address listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California on March 1, 2022.

/s/ Jennifer M. French

CERTIFICATE OF SERVICE
1