1  DAVID A. KAYS, ESQ. (SBN 120798)
   dkays@mffmlaw.com
2  DONN WASLIF, ESQ. (SBN 164538)
   dwaslif@mffmlaw.com
3  FREEDA Y. LUGO, ESQ. (SBN 244913)
   flugo@mffmlaw.com
4  MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP
   333 W. San Carlos St., Ste. 1050
5  San Jose, California 95110
   Telephone:  (408) 288-8288
6  Facsimile:   (408) 288-8325

7  Attorneys for Miscellaneous Party
   QUALCOMM INCORPORATED
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In re Ex Parte Application of<br>NOKIA TECHNOLOGIES OY<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Incorporated for use in Foreign Proceedings. | CASE NO.: 3:21-mc-1487-MSB<br><br>**QUALCOMM INCORPORATED'S RESPONSE TO NOKIA TECHNOLOGIES OY'S EX PARTE APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782(a)** |
|---|---|

QUALCOMM'S RESPONSE TO NOKIA'S EX PARTE APPLICATION

1 | Qualcomm Incorporated ("Qualcomm") respectfully submits this Response to
2 | the Ex Parte Application for an Order Under 28 U.S.C. § 1782 (a) Permitting
3 | Subpoena ("1782 Application") filed by Nokia Technologies Oy ("Nokia") (Dkt. No.
4 | 1).

5 | Qualcomm does not oppose Nokia's 1782 Application, but respectfully
6 | reserves the right to (1) make objections to and challenge the substance of Nokia's
7 | discovery requests, including objections under Federal Rule of Civil Procedure 45
8 | and (2) seek a Protective Order governing the treatment of the confidential
9 | information contained in Qualcomm's responsive materials.

Dated: March 10, 2022

MORGAN FRANICH FREDKIN
SIAMAS & KAYS LLP

By:  */s/ David A. Kays*
DAVID A. KAYS, ESQ.
Attorneys for Qualcomm Incorporated

# CERTIFICATE OF SERVICE

I am a citizen of the United States and am employed in Santa Clara County. I am over the age of eighteen (18) years and not a party to this action; my business address is 333 W. San Carlos Street, Suite 1050, San Jose, California 95110-2735.

On the date indicated below, I served the following document(s):

- **QUALCOMM INCORPORATED'S RESPONSE TO NOKIA TECHNOLOGIES OY'S EX PARTE APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782(a)**

☒ **BY ELECTRONIC MAIL TRANSMISSION:** A PDF format copy of such document(s) was sent by electronic mail transmission or through the CM/ECF system to each such person at the e-mail address listed above. The transmission was reported as complete without error.

| | |
|---|---|
| Warren Lipschitz<br>wlipschitz@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044 | *Attorneys for Applicant*<br>NOKIA TECHNOLOGIES OY |
| Eliza Beeney<br>ebeeney@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>One Manhattan West<br>395 9th Avenue, 50th Floor<br>New York, NY 10001<br>Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 | *Attorneys for Applicant*<br>NOKIA TECHNOLOGIES OY |
| James R. Patterson, SBN 211102<br>jim@pattersonlawgroup.com<br>Jennifer M. French, SBN 265422<br>jenn@pattersonlawgroup.com<br>PATTERSON LAW GROUP, APC<br>1350 Columbia Street, Unit 603<br>San Diego, California 92101<br>Telephone: (619) 756-6990<br>Facsimile: (619) 756-6991 | *Attorneys for Applicant*<br>NOKIA TECHNOLOGIES OY |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 10, 2022, at San Jose, California.

　　　　　　　　　　　　　　　　　　　　*/s/ David A. Kays*
　　　　　　　　　　　　　　　　　　　　David A. Kays