

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

In Re Ex Parte Application of Nokia
Technologies Oy

**Plaintiff,**

**V.**

Qualcomm Incorporated

**Defendant.**

| FILED |
|:---:|
| 4/29/2022 |

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                  J. Petersen  , Deputy

**Civil No.**  21-mc-01487-MSB

**STRICKEN DOCUMENT:**

Joint Motion for determination of discovery dispute

**Per Order #     15**

**14**