Warren Lipschitz*
Eliza Beeney*
wlipschitz@mckoolsmith.com
ebeeney@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
*admitted pro hac vice

James R. Patterson, SBN 211102
jim@pattersonlawgroup.com
Jennifer M. French, SBN 265422
jenn@pattersonlawgroup.com
PATTERSON LAW GROUP, APC
1350 Columbia Street, Unit 603
San Diego, California 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

*Attorneys for Applicant*
*Nokia Technologies Oy*

David Kays, SBN 120798
dkays@mffmlaw.com
Donn Waslif, SBN 164538
dwaslif@mffmlaw.com
Freeda Y. Lugo, SBN 244913
flugo@mffmlaw.com
MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP
333 W. San Carlos Street, Suite 1050
San Jose, California 95110
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

*Attorneys for Qualcomm Incorporated*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Ex Parte* Application of Nokia Technologies Oy,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Incorporated for use in Foreign Proceedings. | CASE NO. 3:21-mc-01487<br><br>**JOINT MOTION FOR PROTECTIVE ORDER FOR INITIAL REVIEW OF DOCUMENTS** |

Applicant Nokia Technologies Oy ("Nokia") and Respondent Qualcomm Incorporated ("Qualcomm") hereby submit this joint motion for entry of a Protective Order for Initial Review of Documents to govern the disclosure and discovery activity of confidential, proprietary, or private information to be produced by Qualcomm for purposes of the initial review.

On May 5, 2022 and May 9, 2022, the parties participated in informal discovery conferences ("IDCs") with the Court in an effort to resolve their dispute regarding Qualcomm's objections to the subpoena. During the IDCs, the Court expressed its tentative views on the parties' dispute and ordered the parties to further meet and confer. After further meeting and conferring, the parties agreed to petition the Court to enter the Proposed Protective Order for Initial Review of Documents submitted concurrently with this Joint Motion. The Proposed Protective Order will govern the process for the initial review of the Designated Qualcomm Material produced in response to the subpoena.

DATED: July 15, 2022                    /s/ Jennifer M. French

Warren Lipschitz*
Eliza Beeney*
wlipschitz@mckoolsmith.com
ebeeney@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
*admitted pro hac vice
James R. Patterson, SBN 211102
jim@pattersonlawgroup.com
Jennifer M. French, SBN 265422
jenn@pattersonlawgroup.com
PATTERSON LAW GROUP, APC
1350 Columbia Street, Unit 603
San Diego, California 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

*Attorneys for Applicant*
*Nokia Technologies Oy*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ David Kays*
David Kays, SBN 120798
dkays@mffmlaw.com
Donn Waslif, SBN 164538
dwaslif@mffmlaw.com
Freeda Y. Lugo, SBN 244913
flugo@mffmlaw.com
MORGAN FRANICH FREDKIN
SIAMAS & KAYS LLP
333 W. San Carlos Street, Suite 1050
San Jose, California 95110
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

*Attorneys for Qualcomm*
*Incorporated*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedural Manual, I hereby certify that the content of this document is acceptable to David Kays, counsel for Qualcomm Incorporated, and that I have obtained Mr. Kays's authorization to affix his electronic signature to this document.

*/s/ Jennifer M. French*
Jennifer M. French, SBN 265422
jenn@pattersonlawgroup.com
PATTERSON LAW GROUP, APC
1350 Columbia Street, Unit 603
San Diego, California 92101

*Attorneys for Applicant*
*Nokia Technologies Oy*